IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EUGENE SMITH,**
**SHAMEKA BROOKS,**
  **Plaintiffs,**

**vs.**            **CASE NO.: 3:09cv271/LAC/MD**

**REGINALD BRUSTER, et al.,**
  **Defendants.**

## O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 3, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

  Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. This case is dismissed without prejudice due to plaintiffs' submission of documents bearing falsified signatures to the court.

  3. All pending motions are denied as moot.

  **4.**  **If plaintiffs choose to initiate another case based upon the same or similar facts/issues, whether jointly or individually, they are precluded from proceeding** *in forma pauperis* **in such case.**

  **DONE AND ORDERED this 5th day of April, 2010.**


           *s/L.A. Collier*
           **LACEY A. COLLIER**
           **SENIOR UNITED STATES DISTRICT JUDGE**